## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 06-CIV-6172                                      Date Filed: 8/14/2006

Plaintiff:
**COBALT MULTIFAMILY INVESTORS I LLC., ET AL.,**
vs.
Defendant:
**LISA ARDEN, ET AL.,**

For:
Joseph Gasperetti Esq.
PADUANO & WEINTRAUB LLP
1251 Avenue Of The Americas
9 Floor
New York, NY 10020

Received by EAGLE LEGAL SERVICES INC. on the 1st day of November, 2006 at 5:13 pm to be served on **DTA HOLDINGS, 7203 NW 123 AVENUE, PARKLAND, FL 33076.**

I, Richard Mateo, JR., being duly sworn, depose and say that on the **8th day of November, 2006 at 6:20 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ADAM SWICKEL** as **REGISTERED AGENT** for **DTA HOLDINGS**, at the address of: **7203 NW 123 AVENUE, PARKLAND, FL 33076**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am not a party to the above action and over age eighteen. The server is certified in the county where the process was served and in good standing with the said court. I also certify that service was made in accordance with Florida Statutes 48.031 and Florida R.C.P. (C) and Rule 4 (C), 50 U.S.C. and section 520 F.T. Sec.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. F.S. 92.525 (2)

Subscribed and Sworn to before me on the 29th day of November, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Notary Public State of Florida
Marisa Tyrell
My Commission DD532879
Expires 03/26/2010

_____
Richard Mateo, JR.
SPS #321

EAGLE LEGAL SERVICES INC.
7611 S. Orange Blossom Trail
Suite 155
Orlando, FL 32809
(407) 857-8380
Our Job Serial Number: 2006017682
Ref: 2006-9036

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.9s