```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
COBALT MULTIFAMILY INVESTORS I,
LLC et al.,                        :

            Plaintiffs,            :   MEMORANDUM & ORDER

      -against-                    :   06 Civ. 6172 (KMW)(MHD)

LISA ARDEN et al.,                 :
            Defendants.            :
-----------------------------------x
```

11/6/09

The Receiver for the plaintiffs Cobalt MultiFamily Investors I, LLC, Cobalt MultiFamily Co. I, Cobalt Capital Funding, LLC, and Vail Mountain Trust ("Cobalt entities") has filed a motion seeking entry of default judgments in varying amounts against twenty-one defendants who have failed to respond to the complaint against them. These defendants have also failed to respond to the current motion. In reviewing the complaint and motion papers, we noted a question pertaining to the legal theory under which plaintiffs pursue their claims against these defendants, specifically, whether the plaintiff companies and the receiver have standing to assert these claims, which are predicated on conduct that appears to have injured members of the public who purchased shares of the Cobalt entities. Although plaintiffs seek to recover compensation paid to the defendants for their activities, it is not obvious that those actions injured the plaintiffs, and, if not, it is unclear on what basis plaintiffs seek recovery of the compensation paid to

defendants.

Because of the foregoing uncertainty, we direct that plaintiffs serve and file a memorandum of law (and if necessary other supporting papers) by November 13, 2009 addressing the legal issue of plaintiffs' standing. Defendants may respond by November 20, 2009.

Finally, from a review of the service list included with the notice of motion, it is not entirely clear whether plaintiffs have served all of the defendants (or their counsel) against whom they now seek default judgments. Plaintiffs are to clarify this ambiguity by filing a service list that specifies that each such defendant or his/her attorney has been served and when. This is to be done by November 13, 2009.

Dated: New York, New York
       November 4, 2009

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Memorandum & Order have been mailed today to:

Anthony Paduano, Esq.
Leonard Weintraub, Esq.
Steven Castaldo, Esq.
Paduano & Weintraub
1251 Avenue of the Americas, 9th Floor
New York, NY 10020

Joseph E. Gasperetti, Esq.
The Law Offices of Joseph E. Gasperetti, P.C.
1251 Avenue of the Americas
New York, NY 10020


H. Stephen Kirschner
226 Adams Way
Sayville, NY 11782

Susan DeSiena
188 Schoen St.
Baldwin, NY 11510

Fareah Kahn
3185 Sheridan Ave.
Miami Beach, FL 33140

Jason Miller
1 West Gate
Plainview, NY 11803

Brett Stitsky
239B Cleveland Avenue
Mineola, NY 11501

Jared Stitsky
2312 215th Street
Bayside, NY 11360

Jeff Broome
84-19 165th Street
Jamaica, NY 11432

```
Brandon Cohen
67 Shoreham Drive
Dix Hills, NY 11746

Brigham Coombs
713 Collins Avenue
Apartment 29
Miami, FL 33139

Brigham Coombs
9361 18th Place NW
Plantation, FL 33322

DTA Holdings
7203 NW 123 Avenue
Parkland, FL 33076

Ruben Forte
107 Parkview Drive
West Shirley, NY 33076

Terrence Gray
21602 Highland Knolls Drive
Katy, TX 77450

Maureen Heffernan
24-31 202nd Street
Bayside, NY 11360

John Jefferson
920 Trinity Avenue
Apartment 9A
Bronx, NY 10456

Alex Korick
2560 Batchelder Street
Brooklyn, NY 11235

Michael J. Kwon
240-33 70th Avenue
Flushing, NY 11362

Ralph Rodriguez
111 Tanglewood Drive
Staten Island, NY 10308
```

Adam Swickle
7203 NW 123 Avenue
Parkland, FL 33076

Diane Santulli
101 2nd Street
Garden City, NY 11504

The Wiser Now Corp.
226 Adams Way
Sayville, NY 11782

Greg Weinstein
200 32nd Street
Apartment 33D
New York, NY 10016


James O. Druker, Esq.
Kase & Druker
1325 Franklin Avenue
Garden City, NY 11530
(representing David Kirschner)

Steven T. Halperin, Esq.
Halperin & Halperin, P.C.
18 E. 48th Street
New York, NY 10017
(representing Jennifer Wilcov)

Howard Kagan, Esq.
1575 East 19th Street
Penthouse
Brooklyn, NY 11230
(representing Susan Kagan)

Jacob Rollings, Esq.
Law Office of Jacob Rollings
57 Gramatan Avenue
Mount Vernon, NY 10550
(representing Sam Nakhleh)

Lisa Arden
2242 NE 26th Street
Lighthouse Point, FL 33064

Ryan Bellina
5354 SE Inlet Plaza
Stuart, FL 34997

Wyman Bethea
216-33 113th Drive
Queens, NY 11429

Stephen Cohen
14 Hickory Road
Port Washington, NY 11050

Comvest Financial, Inc.
10 School Lane
Huntington, NY 11743

John Dundon
190 Jervis Avenue
Copaigue, NY 11726

Thomas Dzwilewski
10 School Lane
Huntington, NY 11743

Michael Eisemann
74 Floyd Street
Brentwood, NY 11717

Equitrade Holdings Inc.
14 Hickory Road
Port Washington, NY 11050

David Farhi
6837 108th Street
Apartment 4L
Forest Hills, NY 11375-3382

Kris Howard
3450 Wayne Avenue
Apartment 21A
Bronx, NY 10467

Arthur Landsman
60 Oleander Drive
Northport, NY 11768

Alexander Mitzner
9 Terrace Court
Old Westbury, NY 11568

Adam J. Stein
25 Brefni Street
Apartment J-1113
Amityville, NY 11791

Anthony Torricelli
50 I U Willets Road East
Albertsen, NY 11507