USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COBALT MULTIFAMILY INVESTORS I, LLC, et al.,

                        Plaintiffs,

        -against-

LISA ARDEN, et al.,

                        Defendants.
-----------------------------------------------------------------X

OPINION AND ORDER

06 Civ. 6172 (KMW) (MHD)

KIMBA M. WOOD, USDJ:

        On September 28, 2010, the Court granted the Receiver default judgments against 21

defendants.  (Dkt. No. 132.)

        On September 30, 2011, the Court granted the Receiver summary judgment against 4

additional defendants.  (Dkt. No. 137.)  The Court denied summary judgment against defendant

Comvest Financial Corporation ("Comvest").  The Court ordered the Receiver to submit a status

letter by September 30, 2011.

        The Receiver has submitted his status letter, requesting that the Court enter judgment

against the 25 defendants who were the subject of the September 28, 2010 Order and the

September 30, 2011 Order.

        The Receiver states that, once the Court enters judgment against those 25 defendants, he

will voluntarily discontinue his claims against Comvest, thus closing the Cobalt v. Arden case.

(The Receiver states that Comvest is the only remaining defendant in this case, because all of the

other defendants who have been served have either settled or have had judgments entered against

them.)

1

The Court hereby enters the Receiver's 25 proposed judgments.  The Court orders the Receiver to submit, via facsimile and ECF, an additional status letter, detailing how the case has been resolved (either by judgment or settlement) with respect to each and every defendant listed in the caption.  The Receiver should also include a stipulation of voluntary discontinuance as to defendant Comvest.  The status letter and stipulation shall be submitted by Friday, October 28, 2011.

SO ORDERED.


Dated: New York, New York
            October __17__, 2011




_____
            Kimba M. Wood
    United States District Judge

2